UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02104-WJM-NYW

BRANDON SHAW, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

OTB ACQUISITION, LLC,

Defendant.

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), the Parties stipulate to a dismissal of all claims raised by Plaintiff Brandon Shaw and each Opt-In Plaintiff who has filed a consent form to join this case. Each party is to bear their own costs of court and attorney's fees.

Agreed to on this day of August 31, 2023.

| **HODGES & FOTY, LLP** | **SHANKMAN LEONE, P.A.** |
|---|---|
| */s/ Don J. Foty* | */s/ Kendra D. Presswood* |
| Don J. Foty | Kendra D. Presswood |
| Texas Bar No. 24050022 | Florida Bar No. 0935001 |
| 2 Greenway Plaza, Suite 250 | 707 N. Franklin Street, 5th Floor |
| Houston, Texas 77046 | Tampa, Florida 33602 |
| Telephone: (713) 523-0001 | Telephone: (813) 223-1099 |
| Facsimile: (713) 523-1116 | Facsimile: (813) 223-1055 |
| dfoty@hftrialfirm.com | kpresswood@shankmanleone.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

-1-

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2023, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's CM/ECF filing system.

/s/ *Don J. Foty*
Don J. Foty